Submitted January 16, 2019, affirmed April 15, 2020

In the Matter of J. G.,
a Person Alleged to have Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## J. G.,
*Appellant.*

### Marion County Circuit Court
17CC00505; A166986

461 P3d 1074

Janet A. Klapstein, Judge pro tempore.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Lauren P. Robertson, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

PER CURIAM

Affirmed. *State v. H. H. J.*, 296 Or App 199, 436 P3d 75 (2019).